IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAULA MARY STUHAN                                      PLAINTIFF

     v.     Civil No. 05-2088

ATLANTIS PLASTICS INJECTION
MOLDING, INCORPORATED, and
ATLANTIS PLASTIC FILMS, INCORPORATED                   DEFENDANTS

### **JUDGMENT**

For the reasons set forth in an order filed herewith, Defendants' Motion for Summary Judgment (Doc. 11) is GRANTED, and Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The parties shall bear their own respective costs and attorneys fees.

**The parties have thirty days from the date of entry of Judgment within which to appeal**.

IT IS SO ORDERED this 29th day of June 2006.

                                     /S/ Robert T. Dawson
                                   Robert T. Dawson
                                   United States District Judge